v. *Akron Park District,* 281 U. S. 74, 81. *Mr. Fitzgerald Hall* for appellant. *Mr. Joseph W. Byrns* for appellees.

No. 623. NASHVILLE, CHATTANOOGA & ST. LOUIS RY. Co. *v.* BENTON COUNTY ET AL. Jurisdictional statement submitted March 2, 1931. Decided March 9, 1931. *Per Curiam:* The appeal herein is dismissed for the want of a substantial federal question. *New York ex rel. Hatch* v. *Reardon,* 204 U. S. 152, 160; *Hooker* v. *Burr,* 194 U. S. 415; *Ohio* v. *Akron Park District,* 281 U. S. 74, 81. *Mr. Fitzgerald Hall* for appellant. *Mr. Joseph W. Byrns* for appellees.

No. 625. PHILADELPHIA ELECTRIC Co. *v.* PHILADELPHIA. Jurisdictional statement submitted March 2, 1931. Decided March 9, 1931. *Per Curiam:* The appeal herein is dismissed for the want of a substantial federal question. *Missouri & Kansas Interurban Ry. Co.* v. *City of Olathe,* 222 U. S. 187, 190; *Cross Lake Shooting & Fishing Club* v. *Louisiana,* 224 U. S. 632. *Mr. Francis B. Bracken* for appellant. *Messrs. G. Coe Farrier, Ernest Lowengrund,* and *Augustus Trask Ashton* for appellee.